UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-CV-02458-PGB-EJK

ALLISSON VICTOR DOS SANTOS,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS
INC., TRANS UNION LLC, AND
PROCOLLECT INC.

    Defendants.
_____/

## **NOTICE OF SETTLEMENT AS TO DEFENDANT PROCOLLECT INC.**

Plaintiff Allisson Victor dos Santos submits this Notice of Settlement as to Defendant ProCollect Inc. only and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: March 14, 2024

                Respectfully Submitted,

                /s/ Gerald D. Lane, Jr.
                **JIBRAEL S. HINDI, ESQ.**
                Florida Bar No.: 118259
                E-mail: jibrael@jibraellaw.com
                **JENNIFER G. SIMIL, ESQ.**
                Florida Bar No.: 1018195
                E-mail: jen@jibraellaw.com
                **GERALD D. LANE, JR., ESQ.**
                Florida Bar No.: 1044677
                E-mail: gerald@jibraellaw.com
                The Law Offices of Jibrael S. Hindi
                110 SE 6th Street, Suite 1744
                Fort Lauderdale, Florida 33301
                Phone: 954-907-1136

                *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ Gerald D. Lane Jr.
                **GERALD D. LANE, JR., ESQ.**
                Florida Bar No.: 1044677

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com